# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EMILIO CAMPO, individually and on behalf of those similarly situated,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>GRANITE SERVICES INTERNATIONAL, INC., and FIELDCORE SERVICES SOLUTIONS, LLC,<br>　　　　　　Defendants. | Case No. 1:21-CV-00223-AT<br><br>Jury Trial Demanded<br><br>Collective Action |

## JOINT MOTION TO APPROVE NOTICE AND REQUEST FOR EXTENSION TO CONFER ON DISTRIBUTION METHOD

Plaintiff EMILIO CAMPO and Defendants GRANITE SERVICES INTERNATIONAL, INC. and FIELDCORE SERVICE SOLUTIONS, LLC, by their respective undersigned counsel, respectfully submit the following Joint Motion to Approve Notice and Consent and Request for Extension to Confer on Distribution Methods.

### I.   Notice and Consent.

The Parties have agreed on the form and substance of the Notice and Consent. Attached as Exhibits 1 and 2.

### II.   Notice Methods.

The Parties have been conferring, and continue to confer, regarding a proposed method for distributing notice. These discussions have not yet reached an impasse; the

Parties agree that it is worthwhile to continue their conferral to determine whether they can narrow or resolve any issues that might otherwise command the Court's attention. The Parties therefore respectfully request that the Court afford the Parties through and including Friday, February 18, 2022 to either (1) notify the Court if they reach an agreement on the method of distributing notice; or (2) report any disagreement as to the distribution method in a brief joint motion. This request is made in good faith, for good cause, and not for purposes of delay. This extension will not impact a trial setting in this case.

### III.   Request for Approval.

The Parties jointly request the Court approve Exhibits 1 and 2 and to extend the deadline to provide the Court with the Parties agreed upon or differing notice methods.

Respectfully submitted on February 16, 2022.

| | |
|---|---|
| s/ Richard M. Schreiber | s/ Kevin M. Young |
| Michael A. Josephson | Brett C. Bartlett |
| Texas Bar No. 24014780 | Georgia Bar No. 040510 |
| mjosephson@mybackwages.com | bbartlett@seyfarth.com |
| Andrew Dunlap | Kevin M. Young |
| Texas Bar No. 24078444 | Georgia Bar No. 183770 |
| adunlap@mybackwages.com | kyoung@seyfarth.com |
| Richard M. Schreiber | SEYFARTH SHAW LLP |
| Texas Bar No. 24056278 | 1075 Peachtree Street, N.E., Suite 2500 |
| rschreiber@mybackwages.com | Atlanta, Georgia 30309-3958 |
| JOSEPHSON DUNLAP, LLP | Telephone: (404) 885-1500 |
| 11 Greenway Plaza, Suite 3050 | |
| Houston, Texas 77046 | Attorneys for Defendants |
| Telephone: (713) 352-1100 | |

- 3 -

Richard J. (Rex) Burch
Texas Bar No. 24001807
rburch@brucknerburch.com
BRUCKNER BURCH, PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788

C. Ryan Morgan
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Telephone: (407) 420-1414
Facsimile:   (407) 867-4791
Email: rmorgan@forthepeople.com

Attorneys for Plaintiff